UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **GARDA SUPPLIES, RENTAL & SERVICES, LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY WALK ONE, LLC,**<br><br>**Defendant,**<br><br>v.<br><br>**GARDA WORLD SECURITY SERVICES CORPORATION,**<br><br>**Third-Party Defendant.** | **Civil Action No.: 2:17cv583-MSD-lRL** |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37**

Defendant, City Walk One, LLC ("City Walk"), by counsel, and pursuant to Fed. R. Civ. P. 37(a)(3)(C), (a)(4), (b), and (c), submits this memorandum in support of its Motion for Sanctions based upon the (1) misrepresentations by Plaintiff , Garda Supplies, Rental & Services, LTD's ("Garda" or "Plaintiff") allegedly key witness, Justin Uditsky, during his deposition; (2) Mr. Uditsky's evasiveness and refusal to provide complete disclosure of pertinent facts that hurt Garda's case; and (3) Garda's misrepresentations in its discovery responses. The reasons in support of the Motion are set forth in the accompanying memorandum.

WHEREFORE, City Walk respectfully requests that the Court: (1) grant its Motion for Sanctions; (2) strike and/or dismiss with prejudice Plaintiff's First Amended Complaint in full; (3) exclude Justin Uditsky as a witness on behalf of Plaintiff in this case; (4) award attorneys' fees and costs to City Walk in filing and defending this motion; (5) grant City Walk such further relief that the Court deems appropriate.

37696982

Dated: January 23, 2019                                         Respectfully submitted,

                                                           **CITY WALK ONE, LLC**

By____/s/ *John C. Lynch*_____
John C. Lynch, Esq., VSB No. 39267
Robert W. Angle, Esq. VSB No. 90521
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
john.lynch@troutman.com
woody.angle@troutman.com

H. Scott Kelly, Esq., VSB No. 80546
TROUTMAN SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutman.com

*Counsel for City Walk One, LLC*